# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134228

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN STATE EMPLOYEES
ASSOCIATION, RICHARD REID,
and TED WOLFGANG,
          Plaintiffs-Appellees,

v

SC: 134228
COA: 273556
Ct of Claims: 04-000163-MM

DEPARTMENT OF CORRECTIONS
and DEPARTMENT OF LABOR
AND ECONOMIC GROWTH,
          Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the May 10, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk